No. 25-1516

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ICONIC MARS CORPORATION

*Plaintiff-Appellant*,

### STEPHEN M. LOBBIN

*Sanctioned Party-Appellant*,

v.

### KAOTICA CORP.,

*Defendant-Appellee.*

Appeal from the United States District Court Southern
District of California, No. 3:22-cv-00092-CAB-DEB
The Honorable Cathy Ann Bencivengo

## APPELLEE KAOTICA CORP.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE BRIEF

Kristin M. Adams
KILPATRICK TOWNSEND &
  STOCKTON LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30309
(404) 815-6138
kmadams@ktslaw.com

Kathleen R. Geyer
Dario A. Machleidt
KILPATRICK TOWNSEND &
  STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600
dmachleidt@ktslaw.com
kgeyer@ktslaw.com

*Counsel for Kaotica Corp.*

Pursuant to Federal Circuit Rule 31-2.2(b), Appellee Kaotica Corp. ("Appellee") moves for a 60-day extension (through and including September 25, 2026) of the deadline to file its response brief. Appellee has not previously sought an extension of this deadline. Counsel for Appellants Iconic Mars Corporation and Stephen Lobbin ("Appellants") has stated that they do not oppose this motion.

Appellees' response brief is currently due on July 27, 2026. Counsel for Appellee has numerous other professional responsibilities in other cases over the next month, including:

1. A trial in *Leigh M. Rothschild & Analytical Technologies, LLC v. Rachael Lamkin*, No. 1:24-cv-24669-DPG (S.D. Fla.) ("Rothschild Action"), commencing on July 27, 2026, the current deadline to file Appellee's response brief. All three counsel of record for Appellee are also counsel of record in the Rothschild Action. Declaration of Kathleen R. Geyer ("Geyer Decl.") ¶ 4.

2. In addition to the above trial conflict, Ms. Geyer has prescheduled personal travel out of the country between August 18 and September 1, 2026. *See id.* ¶ 5. Mr. Machleidt has prescheduled family travel between August 14 and August 31, 2026. *See id.* ¶ 6.

For the above-stated reasons, Appellee respectfully requests that the Court grant a 60-day extension, making their response brief due on September 25, 2026.

Respectfully submitted,

/s/ *Kathleen R. Geyer*

|  |  |
|---|---|
| Kristin M. Adams | Kathleen R. Geyer |
| KILPATRICK TOWNSEND & | Dario A. Machleidt |
|   STOCKTON LLP | KILPATRICK TOWNSEND & |
| 1100 Peachtree Street, N.E. |   STOCKTON LLP |
| Suite 2800 | 1420 Fifth Avenue, Suite 3700 |
| Atlanta, GA 30309 | Seattle, WA 98101 |
| (404) 815-6138 | (206) 467-9600 |
| kmadams@ktslaw.com | dmachleidt@ktslaw.com |
|  | kgeyer@ktslaw.com |

*Counsel for Appellee Kaotica Corp.*

## CERTIFICATE OF COMPLIANCE

1.     This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 206 words, excluding those parts of the brief exempted by Fed. R. App. P. 32(f).

2.     This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Century Schoolbook 14-point font using Microsoft Word 365.

DATED:  July 9, 2026.

s/ *Kathleen R. Geyer*
Kathleen R. Geyer
KILPATRICK TOWNSEND &
  STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101

# DECLARATION OF KATHLEEN R. GEYER

I, Kathleen R. Geyer, declare as follows:

1. I am an attorney licensed to practice in the State of Washington. I am a member in good standing in all jurisdictions where I have been admitted to practice.

2. I am counsel for Appellee Kaotica Corp. ("Appellee"). Along with my colleagues Dario A. Machleidt and Kristin M. Adams of the law firm Kilpatrick Townsend & Stockton LLP, I have responsibility for preparing Appellee's brief in this appeal.

3. This declaration is made in connection with Appellee's motion for a 60-day extension of time to file its response brief. Appellee's response brief is currently due on July 27, 2026, and with the requested extension, the new deadline will be September 25, 2026. Appellee has not previously requested, nor been granted, any extensions in this case.

4. I have professional commitments during the period preceding and around the current deadline for Appellee's response brief. Specifically, Mr. Machleidt, Ms. Adams, and I are counsel for Rachael Lamkin in the case captioned *Leigh M. Rothschild & Analytical Technologies, LLC v. Rachael Lamkin*, No. 1:24-cv-24669-DPG (S.D. Fla.)

("Rothschild Action"). Trial in that matter commences on July 27, 2026, the current deadline to file Appellee's response brief. Preparing for trial in the Rothschild Action has impacted and will continue to limit our availability to help prepare a response to Appellant Iconic Mars Corporation's and Sanctioned-Party Appellant Stephen M. Lobbin's ("Appellants") brief.

5. In addition, I have prescheduled personal travel out of the country between August 18 and September 1, 2026.

6. Mr. Machleidt has prescheduled family travel between August 14 and August 31, 2026.

7. Based on communications with counsel for Appellants, I understand that Appellants do not oppose this request and will not be filing an opposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July, 2026.

s/ *Kathleen R. Geyer*
Kathleen R. Geyer
KILPATRICK TOWNSEND &
  STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101

*Counsel for Appellee*
*Spot Brand LLC*