# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1516

**Short Case Caption:** Iconic Mars Corporation v. Kaotica Corp.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

| | |
|---|---|
| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. | |
| Iconic Mars Corporation, Oluseyi James Olaleye and Stephen M. Lobbin | |
| **Principal Counsel:** Stephen M. Lobbin | Admission Date: 1997 |
| Firm/Agency/Org.: SML Avvocati P.C. | |
| Address: 888 Prospect Street, Suite 200, La Jolla CA 92037 | |
| Phone: 9496361391 | Email: sml@smlavvocati.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/20/26

Signature: /s/ Stephen M. Lobbin

Name: Stephen M. Lobbin