**Nos. 2025-1516**

# United States Court of Appeals for the Federal Circuit

Iconic Mars Corporation,

*Plaintiff-Appellant*

Stephen M. Lobbin,

*Sanctioned Party-Appellant*

*v.*

Kaotica Corp.,

*Defendant-Appellee*

*Appeals from the United States District Court for the Southern District of California in No. 3:22-cv-00092-CAB-DEB, United States District Judge Cathy Ann Bencivengo.*

## APPELLANTS' MOTION FOR EXTENSION OF TIME

STEPHEN M. LOBBIN, ESQ.
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
La Jolla, CA 92037
(949) 636-1391

*Counsel for Appellants*

OCTOBER 22, 2026

## CERTIFICATE OF INTERERST

Pursuant to FCR 28(a)(1) and 47.4, counsel for the Appellants certifies the following:

1. The full name of every party or amicus represented in the case by me is: Iconic Mars Corporation, Oluseyi James Olaleye and Stephen M. Lobbin

2. The name of the real party in interest (if the party named in the caption is not the real party in interest): N/A

3. Plaintiff-Appellant Iconic Mars Corporation states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

4. The names of all law firms and the partners and associates that have appeared for Appellants in the lower tribunal or are expected to appear for Iconic in this court, are as follows:

Stephen M. Lobbin<br>
SML Avvocati P.C.<br>
888 Prospect Street, Suite 200<br>
La Jolla, CA 92037

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal: *Kaotica IP Corp. v. Iconic Mars Corporation et al.*, Docket No. 2025-1883.

Dated: October 22, 2026

/s/ Stephen M. Lobbin<br>
*Counsel for Appellants*

**Motion To Extend Time**

WHEREAS, by Notice on dated October 19, 2026, the court advised that "the Appendix has not been filed" and "[a] motion is required to file this document out of time;"

WHEREAS, pursuant to Fed. R. App. P. and FCR 27(a)(2), the undersigned has discussed this motion with counsel for Defendant-Appellee Kaotica Corp., who consents to the requested extension of time sought herein;

WHEREAS, because of inadvertence and the press of other client matters, Appellants missed the Appendix filing deadline and reasonably require and respectfully request a reasonable extension of time of about a week—to and including October 26, 2026—to prepare and file the Appendix including coordinating all cited portions of the record with counsel for Defendant-Appellee Kaotica Corp.;

WHEREAS, pursuant to FCR 26(b)(1), the declaration under penalty of perjury under 28 U.S.C. § 1746 herein describes the good cause and extraordinary circumstances requiring a brief extension of time;

WHEREAS, pursuant to FCR 26(b)(2)(A), the date to be extended is the October 16, 2026 deadline for filing the Appendix;

WHEREAS, pursuant to FCR 26(b)(2)(B), the revised date sought is October 26, 2026;

WHEREAS, pursuant to FCR 26(b)(2)(C), the number of days of extension sought is 10; and

WHEREAS, pursuant to FCR 26(b)(2)(D), the total number of days of extension previously granted to the movant is 63 (for Opening Brief, with consent).

THEREFORE, Appellants respectfully request that the court enter an order for a reasonable extension of time for Appellants to file the Appendix on this appeal, to and including October 26, 2026.

**Conclusion and Statement of Relief Sought**

For the foregoing reasons, good cause exists for the requested relief, as stated hereinabove, and there would be no prejudice to Defendant-Appellee Kaotica Corp. This motion is not made for the purposes of delay. Rather, the requested extension of time would allow Appellants' counsel to proceed in a more reasonable manner to timely prepare, complete and file the Appendix, which on this appeal is an inordinately substantial volume of material.

October 22, 2026

/s/ Stephen M. Lobbin
*Counsel for Appellants*

**DECLARATION**

I, Stephen M. Lobbin, declare and state:

1. I am Founding Partner of the law firm SML Avvocati P.C., lead counsel for Appellants in this matter.

2. Pursuant to Fed. R. App. P. and FCR 27(a)(2), I have discussed this motion with counsel for Defendant-Appellee Kaotica Corp., who consents to the requested extension of time sought herein.

3. There is good cause for the requested extension of the Appendix deadline on this appeal, from October 16, 2026 to and including October 26, 2026, because I simply missed the filing deadline for the Appendix through inadvertence and the press of other client matters. This court graciously reminded me of the missed deadline via notice on October 19, 2026. My law firm is small and I am the sole attorney preparing, completing and filing the Appendix on this appeal, including coordinating all cited portions of the record with counsel for Defendant-Appellee Kaotica Corp.

4. Pursuant to FCR 26(b)(2), the date to be extended is the October 16, 2026 deadline for the Appendix, the revised date sought is October 26, 2026, the number of days of extension sought is 10, and the total number of days of extension previously granted to Appellants is 63 (for Opening Brief, with consent).

5. For the foregoing reasons, good cause exists for the requested relief, as stated hereinabove, and there would be no prejudice to Defendant-Appellee Kaotica Corp. This motion is not made for the purposes of delay. Rather, the requested extension of time would allow me to proceed in a more reasonable manner to timely prepare, complete and file the Appendix.

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 22nd day of October 2026 at San Diego, California.

*/s/ Stephen M. Lobbin*

## PROOF OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stephen M. Lobbin*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), as it contains 660 words, excluding the parts exempted by Fed. Cir. R. 32(b)(2). Additionally, it complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6), as it has been prepared in a proportionally spaced typeface using MS Word in a 14 point Times New Roman font.

*/s/ Stephen M. Lobbin*