**No. 25-1516**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

---

**ICONIC MARS CORPORATION**

***Plaintiff-Appellant*,**

**STEPHEN M. LOBBIN, OLUSEYI JAMES OLALEYE**

***Sanctioned Parties-Appellants*,**

**v.**

**KAOTICA CORP.,**

***Defendant-Appellee.***

---

Appeal from the United States District Court Southern District of California, No. 3:22-cv-00092-CAB-DEB
The Honorable Cathy Ann Bencivengo

---

# APPELLEE KAOTICA CORP.'S MOTION FOR LEAVE TO FILE CORRECTED APPENDIX

---


Kristin M. Adams
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30309
(404) 815-6138
kmadams@ktslaw.com

Dario A. Machleidt
Kathleen R. Geyer
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600
dmachleidt@ktslaw.com
kgeyer@ktslaw.com

*Counsel for Kaotica Corp.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2025-1516

**Short Case Caption** Iconic Mars Corporation v. Kaotica Corp.

**Filing Party/Entity** Kaotica Corp.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/30/2026

Signature: /s/ Kathleen R. Geyer

Name: Kathleen R. Geyer

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☑ None/Not Applicable |
| Kaotica Corporation | Kaotica IP Corp. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| X. Diego Wu Min (Kilpatrick) | | |
| Matthew J. Meyer (Kilpatrick) | | |
| James J. Maune | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## A. INTRODUCTION

Appellee Kaotica Corp. ("Kaotica") respectfully submits this Motion for Leave to File Corrected Appendix (the "Motion") to correct Appellants Iconic Mars Corporation, Stephen M. Lobbin, and Oluseyi James Olaleye's (collectively, "Appellants," and with Kaotica, the "Parties") omission of over 250 pages of materials that Appellee Kaotica cited in its response brief (D.E. 26) and as otherwise required by Federal Circuit Rule 30.

Pursuant to Federal Circuit Rule 27(a)(2), counsel for Kaotica conferred with Counsel for Appellants regarding this Motion, and Appellants did not respond to the request.

## B. STATEMENT OF RELIEF SOUGHT

Kaotica requests the Court reject both Volume I and Volume II of Appellants' incomplete Appendix filed on October 26, 2026 (D.E. 34, 35). Kaotica further requests that the Court grant Kaotica leave to file the corrected version of the Appendix Kaotica has prepared attached hereto as Exhibit 1 (the "Corrected Appendix").

This Corrected Appendix includes all materials that the Parties have selected for inclusion, whereas Appellants' two-part filing on

October 26, 2026, omits over 250 pages of materials that Kaotica cites in its response brief despite Kaotica's efforts to assist in correcting such errors prior to filing. Kaotica includes the index and cover pages for Volumes I and II as originally drafted by Appellants without alteration. *See* Exhibit 1.[1]

### C. FACTUAL BACKGROUND

Appellants filed their opening brief on June 15, 2026. D.E. 19. Kaotica filed its response brief on September 25, 2026. D.E. 24, 26. Consistent with its obligation under this Court's rules, Kaotica drafted and filed its response brief using citations to the draft appendix compiled by Appellants. Appellants field their reply brief on October 9, 2026. D.E. 27. Briefing in this appeal has closed.

On October 19, 2026, the Court issued notice to Appellants stating as follows: "The record of this case indicates that the Appendix has not been filed. A motion is required to file this document out of time. Failure

[1] Out of an abundance of caution and for the ease of the Court's review of Exhibit 1, Kaotica has maintained the pagination of the proposed Corrected Appendix consistent with the rules for paginating the Appendix as originally paginated by Appellants rather than paginating with different exhibit page numbers. *See* Fed. Cir. R. 27(d).

to file required documents may result in dismissal or other action as deemed appropriate by the court. *See* FCR 25(h).” D.E. 29.

Pursuant to the Court’s October 19 notice, counsel for Appellants conferred with counsel for Kaotica on October 22, 2026, concerning Appellants’ then-forthcoming motion to extend time to file appendix seeking an extension through October 26, 2026, to file the Appendix. Kaotica agreed it would not oppose Appellants’ requested relief. Appellants filed their motion to extend time to file appendix on October 22, 2026 (D.E. 31), which this Court granted (D.E. 33).

On October 26, 2026, despite objection from Kaotica, Appellants filed an incomplete Appendix that omitted hundreds of pages expressly cited by Kaotica in its response brief, as well as transcript cover pages and required contextual material.

**D. ARGUMENT**

Good cause exists to grant Kaotica leave to file the Corrected Appendix because on October 26, 2026, Appellants filed an incomplete Appendix that does not comply with Federal Circuit Rule 30 and that substantially prejudices Kaotica.

Most prejudicial to Kaotica, Appellants' incomplete Appendix failed to include over 250 pages of documents specifically cited by Kaotica in its response brief in contravention of Federal Circuit Rule 30(b)(5). *Compare* D.E. 34 (Appendix Volume I), 35 (Appendix Volume II)*, with* D.E. 26 (Kaotica's response brief). Appellants' incomplete Appendix also omitted "sufficient surrounding record and transcript pages to provide context for a cited excerpt, as well as the transcript cover page identifying participating counsel if included in the record." Fed. Cir. R. 30(B); *see also id.* 30(a); Fed. R. App. P. 30(a)–(c); *compare* D.E. 34, 35*, with* Exhibit 1.

Good cause to grant leave to file the Corrected Appendix further exists because, despite Kaotica's best efforts, it was unsuccessful in coordinating with Appellants to ensure a complete, proper, and timely filing yesterday. Kaotica first received Appellants' proposed excerpts at 7:34 PM yesterday—after close of business on the day Appellants selected as their deadline to file the excerpted Appendix out of time. *See* D.E. 29, 31, 33. Kaotica promptly identified errors in Appellants' proposed Appendix, including incorrect pagination in violation of Federal Circuit Rule 30(b)(2)(A) and omission of multiple pages cited in Kaotica's response brief. Exhibit 2 at 2–3. Appellants sent revised versions an hour

later but did not correct the initial set of errors Kaotica flagged as to omitted documents. *Id.* at 2.

Kaotica continued working throughout the evening to identify the full scope of errors in Appellants' proposed Appendix so that Appellants could timely file a correct Appendix. *Id.* at 1–2. Appellants filed the Appendix without awaiting feedback from Kaotica, with known errors, without reviewing and revising the excerpts to ensure Kaotica's cited portions were included, and without otherwise ensuring compliance with Federal Circuit Rule 30 as to supporting contextual material and other required pages. *See* Exhibit 2 at 1.

**E. CONCLUSION**

For the foregoing reasons, Kaotica respectfully requests leave of Court to file the accompanying Corrected Appendix (Exhibit 1) under Federal Circuit Rules 27 and 30(e) because Appellants failed to comply with Federal Circuit Rules requiring the preparation of the Appendix. Good cause therefore exists for the Court to adopt the accompanying Corrected Appendix and to reject Appellants' October 26, 2026 incomplete Appendix.

Dated: October 27, 2026.

Respectfully submitted,

s/*Dario A. Machleidt*

Dario A. Machleidt
Kathleen R. Geyer
KILPATRICK TOWNSEND &
STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600
dmachleidt@ktslaw.com
kgeyer@ktslaw.com

Kristin M. Adams
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30309
(404) 815-6138
kmadams@ktslaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This filing complies with the type-volume limitation of Cir. R. 27-1(1)(d) because it contains 5 pages, excluding those materials exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Century Schoolbook 14-point font using Microsoft Word 365.

DATED: October 27, 2026.

s/*Dario A. Machleidt*
Dario A. Machleidt
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600
dmachleidt@ktslaw.com

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit 1 | Appendix Volumes 1 and 2 (submitted in two parts) |
| Exhibit 2 | Email Between Counsel for Kaotica and Appellants Regarding Edits to and Filing of the Appendix |