# Exhibit 2
# Email Regarding
# Errors in Appendices

| | |
|---|---|
| **From:** | Machleidt, Dario |
| **To:** | Stephen Lobbin |
| **Cc:** | Geyer, Kate; Adams, Kristin; Smith, Elba; Chapman, Margaret |
| **Subject:** | RE: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice" |
| **Date:** | Tuesday, October 27, 2026 4:08:38 AM |

Stephen,

Your delay and decision to file without our approval forced our team to review three sets of appendices, all of which you either sent us or served on 10/26. Each set omitted material from the record that Kaotica cited in its brief.

By our current count, you omitted more than 250 pages that Kaotica cited. That includes Appx90-107, which we specifically pointed out in our first email to you yesterday. Remarkably, despite our email and Kaotica's obvious citation to those pages, you nevertheless excluded them from your filing.

Kaotica will file a corrected appendix today (10/27) and ask the Court to disregard what you filed. Kaotica's appendix will: include all pages contained in the two volumes you filed yesterday; contain omitted pages from your filing that you should have included because Kaotica cited them in its brief; and add additional pages throughout the appendix that are necessary for proper context of Kaotica's cited materials.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario
**Sent:** Monday, October 26, 2026 8:44 PM
**To:** Stephen Lobbin <sml@smlavvocati.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>
**Subject:** RE: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

Stephen, your unilateral filing was improper. Last Friday you told us to send our supplements "ASAP," yet you gave us only a few hours after COB today to review appellants' appendix (that had the errors and the rule violation we previously pointed out). Despite us telling you we were reviewing your second attempt, you filed without waiting or warning. We intend to seek relief from the Court.

Dario Machleidt
dmachleidt@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario
**Sent:** Monday, October 26, 2026 6:20 PM
**To:** Stephen Lobbin <sml@smlavvocati.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>
**Subject:** RE: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

Thank you, we're reviewing now.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Monday, October 26, 2026 5:48 PM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>; Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

****CAUTION: External Email****

Appendix-Vol1.pdf

See attached Vol 1 and Vol 2, revised/corrected...SML

Appendix-Vol2.pdf

On Mon, Oct 26, 2026 at 5:25 PM Machleidt, Dario <dmachleidt@ktslaw.com> wrote:

> Stephen,
>
> We're far from done with our review and have already identified numerous appendix pages that

Kaotica cites in its brief and that are missing from the "AppxExcerpts" document you sent. For example, your appendix begins with page 78, which omits Appx19, 24, 44, and 90-107, which Kaotica cites. You've also made our review unnecessarily difficult because the appendix pages in the document you sent are not in numerical order, which violates the Federal Circuit's rules.

Sending this at 7:30 ET with such gaps and errors doesn't give our team sufficient time to fix your mistakes and ensure the parties file a proper joint appendix. We're working on them now, but to be clear, you do not have our permission to file the appendix documents you sent.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario
**Sent:** Monday, October 26, 2026 4:36 PM
**To:** 'Stephen Lobbin' <sml@smlavvocati.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>
**Subject:** RE: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

We're reviewing now and will let you know once we've approved both documents for filing today.

Thank you.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Monday, October 26, 2026 4:34 PM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>; Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

See attached our excerpts, and those you sent as well. About 60/40. These will be filed together in a bit. SML

_Appellee Supplement to Appendix_EXCERPTS.pdf

AppxExcerpts.pdf

On Mon, Oct 26, 2026 at 4:03 PM Stephen Lobbin <sml@smlavvocati.com> wrote:

> Will send ASAP
>
> On Mon, Oct 26, 2026 at 1:55 PM Machleidt, Dario <dmachleidt@ktslaw.com> wrote:
>
>> Stephen, because it'll take time on our end to review, when will you send the combined appendix? Thanks.
>>
>> Dario Machleidt
>> dmachleidt@ktslaw.com
>> Kilpatrick Townsend & Stockton LLP
>> 1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
>> T 206 224 2857 | F 206 374 2199
>> My Profile | vCard
>>
>> **From:** Machleidt, Dario
>> **Sent:** Monday, October 26, 2026 8:17 AM
>> **To:** 'Stephen Lobbin' <sml@smlavvocati.com>
>> **Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>
>> **Subject:** RE: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

Here's Kaotica's excerpted supplemental appendix.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario
**Sent:** Sunday, October 25, 2026 7:27 PM
**To:** 'Stephen Lobbin' <sml@smlavvocati.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>
**Subject:** RE: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

We're doing a final QC of our excerpts. We'll send them no later than tomorrow morning.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Friday, October 23, 2026 1:28 PM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>
**Subject:** Re: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

Send me your excerpted portions ASAP

On Thu, Oct 22, 2026 at 4:52 PM Machleidt, Dario <dmachleidt@ktslaw.com>

wrote:

Counsel,

We'll excerpt Kaotica's supplemental and surrounding appendix materials from what Kate sent you today. No need for you to do the excerpting of our materials.

Sincerely,


Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard


---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Thursday, October 22, 2026 11:49 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

Got it will send the final appendix for review before filing...SML

On Thu, Oct 22, 2026 at 11:19 AM Geyer, Kate <KGeyer@ktslaw.com> wrote:

Hi Stephen –

Kaotica won't oppose your motion.

Attached is the index to Kaotica's supplement to the appendix. I will resend separately through Kiteworks the appendix supplement itself due to the size.

Thanks,
Kate


Kate Geyer

KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458

My Profile | vCard

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Wednesday, October 21, 2026 9:41 PM
**To:** Adams, Kristin <KMAdams@ktslaw.com>; Smith, Elba <etsmith@ktslaw.com>; Geyer, Kate <KGeyer@ktslaw.com>; Chapman, Margaret <MChapman@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Fwd: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"

Counsel--Concerning the below notice, see attached motion and advise re consent to a short extension of time. Also, if you have handy your appendix materials, please send as well so we are sure to include all additional portions you've designated and cited, with surrounding pages etc.

--

Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---------- Forwarded message ---------
From: <FilingNotice@cafc.uscourts.gov>
Date: Mon, Oct 19, 2026 at 1:42 PM

Subject: 25-1516-MA Iconic Mars Corporation v. Kaotica Corp. "Overdue Notice"
To: <sml@smlavvocati.com>

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Federal Circuit**

**Notice of Docket Activity**

The following transaction was entered on 10/19/2026 at 4:42:18 PM Eastern Daylight Time and filed on 10/19/2026

| | |
|---|---|
| **Case Name:** | Iconic Mars Corporation v. Kaotica Corp. |
| **Case Number:** | 25-1516 |

**Docket Text:**
Notice to Appellants Iconic Mars Corporation, Stephen M. Lobbin and Oluseyi James Olaleye: The record of this case indicates that the Appendix has not been filed. A motion is required to file this document out of time. Failure to file required documents may result in dismissal or other action as deemed appropriate by the court. *See* FCR 25(h). Service as of this date by the Clerk of Court. [1201134] [MMA]

**Notice will be electronically mailed to:**

Ms. Kristin Adams, -: kmadams@ktslaw.com, etsmith@ktslaw.com
Kathleen Geyer, -: kgeyer@ktslaw.com, mchapman@ktslaw.com
Mr. Stephen M. Lobbin, -: sml@smlavvocati.com, jms@smlavvocati.com, cmf@smlavvocati.com, jno@smlavvocati.com
Mr. Dario Alexander Machleidt, Attorney: dmachleidt@ktslaw.com, mchapman@ktslaw.com, etsmith@ktslaw.com