**Nos. 2025-1516**

# United States Court of Appeals for the Federal Circuit

Iconic Mars Corporation,

*Plaintiff-Appellant*

Stephen M. Lobbin and Oluseyi James Olaleye,

*Sanctioned Parties-Appellants*

*v.*

Kaotica Corp.,

*Defendant-Appellee*

*Appeal from the United States District Court for the Southern District of California in No. 3:22-cv-00092-CAB-DEB, United States District Judge Cathy Ann Bencivengo.*

## APPELLANTS' RESPONSE TO MOTION FOR LEAVE TO FILE CORRECTED APPENDIX

STEPHEN M. LOBBIN, ESQ.
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
La Jolla, CA 92037
(949) 636-1391

*Counsel for Appellants*

NOVEMBER 1, 2026

## CERTIFICATE OF INTERERST

Pursuant to FCR 28(a)(1) and 47.4, counsel for the Appellants certifies the following:

1. The full name of every party or amicus represented in the case by me is: Iconic Mars Corporation, Oluseyi James Olaleye and Stephen M. Lobbin

2. The name of the real party in interest (if the party named in the caption is not the real party in interest): N/A

3. Plaintiff-Appellant Iconic Mars Corporation states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

4. The names of all law firms and the partners and associates that have appeared for Appellants in the lower tribunal or are expected to appear for Iconic in this court, are as follows:

Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street, Suite 200
La Jolla, CA 92037

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal: *Kaotica IP Corp. v. Iconic Mars Corporation et al.*, Docket No. 2025-1883.

Dated: November 1, 2026

/s/ Stephen M. Lobbin
*Counsel for Appellants*

**Response to Kaotica's Motion for Leave**

Appellants do not oppose this Court's allowance of more time for the parties to file a corrected, joint appendix to fix errors, if any. Many months ago, Appellants shared their designated materials, and thereafter received additional pages from Appellee for inclusion in the final Appendix. On October 26, 2026 and pursuant to this Court's appreciated extension of time, Appellants filed all of these designated and counter-designated materials together as the final Appendix, in two volumes. Iconic conferred with Kaotica on the filing, but did not receive any corrections in time to meet the filing deadline.

Appellee Kaotica first complains that Appellants "omi[tted] over 250 pages of materials that Appellee Kaotica cited in its response brief (D.E. 26) and as otherwise required by Federal Circuit Rule 30." Appellants do not oppose the requested leave to make any necessary corrections to the Appendix, as long as the parties share equally the Appendix costs, which this Court should order as a matter of fairness given the size and number of pages in the final Appendix.

Respectfully submitted,

November 1, 2026

/s/ Stephen M. Lobbin
*Counsel for Appellants*

## PROOF OF SERVICE

I hereby certify that on November 1, 2026, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stephen M. Lobbin*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), as it contains 594 words, excluding the parts exempted by Fed. Cir. R. 32(b)(2). Additionally, it complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6), as it has been prepared in a proportionally spaced typeface using MS Word in a 14 point Times New Roman font.

*/s/ Stephen M. Lobbin*